WR-67,418-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/16/2015 5:39:30 PM
Accepted 10/19/2015 8:31:40 AM
ABEL ACOSTA
CLERK

NO. WR-67,418-02

RECEIVED
COURT OF CRIMINAL APPEALS
10/19/2015
ABEL ACOSTA, CLERK

EX PARTE                    IN THE COURT OF CRIMINAL APPEALS



MICHAEL JACQUES


APPLICANT                                                           OF TEXAS

_____

### SECOND JOINT MOTION FOR EXTENSION OF TIME
### TO COMPLETE WRIT PROCEEDINGS IN THE DISTRICT COURT

COMES NOW, the State and applicant, Michael Jacques, and file this second joint motion for extension of time to complete the writ proceedings in this cause in the 384th District Court of El Paso County, and would show the Court as follows:

1. On April 1, 2015, this Court remanded the writ application in this cause to the 384th District Court to allow the trial court judge to complete an evidentiary investigation and enter findings of fact and conclusions of law, such to be completed and the record on the writ proceedings, together with the findings and conclusions of the trial court, to be transmitted back to this Court within 120 days of this Court's order, namely, July 31, 2015.

2. Thereafter, on June 25, 2015, the parties filed a first joint motion to extend the time for transmission of the writ proceedings and findings to this Court for 60 days until October 30, 3015, primarily so that the record from the two days of the hearings could be transcribed and completed. That motion was granted by this Court on July 8, 2015, until October 30, 2015.

3. The record has now been completed and filed in the trial court, and

both parties have provided the trial court judge, Hon. Patrick Garcia, with extensive proposed findings of fact and conclusions of law.

4. This extension request is made at the behest of the trial court judge for 60 days until December 29, 2015, for the trial court judge to review the record that has been filed, review the findings and conclusions proposed by both parties, and to enter such findings and conclusions of law as the trial court judge may make in this matter. The 384th District Court is a very active trial court with an extensive docket of cases and the trial court judge needs this additional time to properly review the writ record and make appropriate findings of fact and conclusions of law and to then transmit the complete writ record and findings and conclusions to this Court.

## PRAYER

WHEREFORE, the State and applicant pray that this extension request will be granted until December 29, 2015.

Respectfully submitted,

JAIME ESPARZA
DISTRICT ATTORNEY
34th JUDICIAL DISTRICT

/s/ John L. Davis
JOHN L. DAVIS
ASST. DISTRICT ATTORNEY
EL PASO COUNTY COURTHOUSE
500 E. SAN ANTONIO, 2nd Floor
EL PASO, TEXAS 79901
(915) 256-2393
FAX (915) 533-5520
E-MAIL: jdavis@epcounty.com
SBN 05515700

ATTORNEYS FOR THE STATE

EL PASO COUNTY PUBLIC DEFENDER
ATTORNEYS FOR APPLICANT

/s/ Eric Willard
ERIC WILLARD
DEPUTY PUBLIC DEFENDER
500 E. San Antonio #501
El Paso, Texas 79901
(915) 546-8185
FAX (915) 546-8186
SBN 00795745

## CERTIFICATE OF COMPLIANCE

The undersigned does hereby certify that the foregoing document contains 540 words.

/s/John L. Davis
JOHN L. DAVIS

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 16th day of October, 2015, a copy of the forgoing motion has been delivered to the trial court judge, Hon. Patrick Garcia, 384th District Court, 500 E. San Antonio #906, El Paso, Texas 79901.

/s/ John L. Davis
JOHN L. DAVIS